WHITNEY EVON WARD
180 PRESTON MANGUM RD
MAGEE, MS 39111

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
1667 SIMPSON HWY 49
SUITE 4
MAGEE, MS 39111

ADVANCE AMERICA
1323 W GOVERNMENT ST
STE D
BRANDON, MS 39042

CUSTOMER CARE GLOBAL
2500 N HIGGINS RD
STE 950
HOFFMAN ESTAT, IL 60169

DENTAL GROUP OF MAGEE
1667 US HWY 49 SOUTH
#6
MAGEE, MS 39111

HALSTEAD FINANCIAL
P.O. BOX 828
SKOKIE, IL 60076

JANUARY TECHNOLOGIES
176 GRAND ST, 4TH FL
NEW YORK, NY 10013-9998

JORA CREDIT
P.O. BOX 8407
PHILADELPHIA, PA 19101

LENDLY LOAN
205 SUGAR CAMP CIR
DAYTON, OH 45409

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

PLAZA SERVICES, LLC
ATTN: BANKRUPTCY
110 HAMMOND DR
SUITE 110
ATLANTA, GA 30328

REPUBLIC FINANCE
16001 MS 15
STE 300 B
LAUREL, MS 39440

SPEEDY CASH
3607 N RIDGE RD STE 10
WICHITA, KS 67205

SPOT LOAN
PO BOX 927
PALATINE, IL 60078-0927

SUNBIT FINANCIAL
ATTN: BANKRUPTCY
PO BOX 24010
LOS ANGELES, CA 90024

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

UNITED CREDIT
1586 SIMPSON HWY 49
MAGEE, MS 39111

WITH U LOANS
10600 S PENNSYLVAIA AV
STE 16 #828
OKLAHOMA CITY, OK 73170-4257